# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 4:93 CR 166 (1) DSD and
CR 02- 9 (1) DSD

Gerald Lakeith Williams

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 628B**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **4/14/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: April 1, 2005

SCANNED
APR 1 2005
U.S. DISTRICT COURT MPLS

# RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________________

______________________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________

☐ Returned unexecuted: ______________________________

______________________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ______________________ ______________________
Date Name of United States Marshal

______________________
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure