AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 4:93 CR 166 (1) DSD and
CR 02- 9 (1) DSD

Gerald Lakeith Williams

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 628B**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **4/14/05 at 11:00 a.m.**

---

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: April 1, 2005

RECEIVED
05 APR -7 PM 1:35
CLERK U.S. DIST. COURT
MINNEAPOLIS

SCANNED
APR 7 2005
U.S. DISTRICT COURT MPLS

## RETURN OF SERVICE

Service was made by me: [1] Patrice M. Dettle Date: April 5, 2005

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: Meeker County Jail.

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on April 5, 2005
Date

Allen Garber
Name of United States Marshal

Patrice Dettle
(by) Deputy United States Marshal

Remarks: 4/5/05 129 miles (RT) 2 hrs. PD

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure