PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Gerald Lakeith Williams**

**Docket Nos. 4:93CR00166-001(DSD) and 0:02CR00009-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gerald Lakeith Williams** who was sentenced on November 13, 1997, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release on Docket Number 4:93CR00166-001(DSD) and on May 2, 2002, fixed the period of supervision at 2 years supervised release on Docket Number 0:02CR00009-001(DSD) and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug/alcohol treatment, psychological/psychiatric counseling/treatment, no gambling, and 20 hours of community service (modified 5/11/2004).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On June 1, 2004, Mr. Williams was arrested in Pine County, Minnesota, and then in Scott County, Minnesota, on the charges of Check Forgery. On February 10, 2005, he pled guilty in Scott County to one count of Gross Misdemeanor Check Forgery. On April 19, 2005, he also pled guilty in Pine County to the same charge.

> STANDARD CONDITION # 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

The defendant tested positive for cocaine on April 7, 2004. On March 3, 2005, he tested positive for cocaine and marijuana.

PRAYING THAT THE COURT WILL ORDER That the defendant's conditions be modified to include that he shall reside for a period of 8 months in a community corrections center with work release privileges as approved by the probation officer and shall observe the rules of that facility.

SCANNED
JUN 2 9 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 27th day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on June 29, 2005
Place Minneapolis